**CALLAHAN & BLAINE, PC**
Edward Susolik (Bar No. 151081)
ES@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Specially Appearing
Defendants QUINTESSENTIALLY (UK)
LIMITED, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AARON SIMPSON, an individual; QUINTESSENTIALLY (UK) LIMITED, a Private Limited UK Company; and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO.<br><br>**SPECIALLY APPEARING DEFENDANT'S NOTICE OF REMOVAL (FEDERAL QUESTION AND DIVERSITY JURISDICTION)**<br><br>(Removed from the Los Angeles Superior Court, Case No. 25TRCV02908 |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Specially Appearing Defendant Quintessentially (UK) Limited ("Quintessentially"), by and through its undersigned counsel and pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, removes the above-entitled action from the Superior Court of the State of California, County of Los Angeles, to the United States District Court for the Central District of California.

In support of this Notice, the Quintessentially alleges as follows:

1.     Plaintiff initiated this action on August 27, 2025, with the filing of a Complaint in Los Angeles County Superior Court, Case No. 25TRCV02908.  The Complaint alleges four federal causes of action, including: (1) VIOLATION OF

TVPA (18 U.S.C. § 1591, ET SEQ.); (2) PARTICIPATION IN A SEX TRAFFICKING VENTURE IN VIOLATION OF TVPA (18 U.S.C. § 1591, ET SEQ.); (3) CONSPIRACY TO COMMIT VIOLATIONS OF TVPA (18 U.S.C. §§ 1591(a)(2), 1595); and (4) HUMAN TRAFFICKING IN VIOLATION OF CALIFORNIA CIVIL CODE § 52.5.  Accordingly, there is federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2. A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. Quintessentially, which is a United Kingdom entity, has not been properly served with the Complaint.  Further, this case is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332.  This case may be removed to this Court by Quintessentially under the provisions of 28 U.S.C. § 1441, because it is a civil action between citizens of different states, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. This case was originally brought in the Superior Court of the State of California for the County of Los Angeles.  The Superior Court of California for the Country of Los Angeles is located within the geographical jurisdiction of the United States District Court for the Central District of California.  See 28 U.S.C. § 84(c)(3).  Accordingly, venue is proper in this Court because it is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

5. This Court has subject matter jurisdiction over the Complaint by virtue of the complete diversity between Plaintiff and Quintessentially and by federal question jurisdiction.  See 28 U.S.C. §§ 1331; 1332(a)(1).  In particular, at the time of commencement of this action and at the time of removal, Quintessentially was, and continues to be, a United Kingdom entity with its place of business there.  As corporations, they are citizens of the United Kingdom.  28 U.S.C. § 1332(c)(1).

6. The amount in controversy requirement is satisfied because it is apparent from the Complaint that the amount in controversy in this dispute exceeds $75,000. The Complaint alleges sexual trafficking and battery, and seeks treble damages. Compl., ¶¶ 55-61.

7. Quintessentially will serve a copy of this Notice of Removal upon counsel for Plaintiff and will file the same with the Superior Court of California, County of Los Angeles, as required by 28 U.S.C. § 1446(d).

WHEREFORE, having met the requirements for removal, Quintessentially gives notice that this action has been removed.

Dated: October 16, 2025      **CALLAHAN & BLAINE, PC**

By: _____/s/ Edward Susolik_____
Edward Susolik
Attorneys for Specially Appearing
Defendants QUINTESSENTIALLY (UK)
LIMITED, et al.

**PROOF OF SERVICE**

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 3 Hutton Centre Drive, Ninth Floor, Santa Ana, CA 92707.

On October 16, 2025, I served the following document(s) described as

**SPECIALLY APPEARING DEFENDANT'S NOTICE OF REMOVAL (FEDERAL QUESTION AND DIVERSITY JURISDICTION)**

on the interested parties in this action as follows:

| | |
|---|---|
| Marc Y. Lazo, Esq.<br>Alexander A. Powers, Esq.<br>K&L LAW GROUP, P.C.<br>2646 Dupont Drive, Suite 60340<br>Irvine, CA 92612<br>Tel: (949) 216-4000<br>Fax: (800) 596-0370<br>mlazo@kllawgroup.com<br>apowers@kllawgroup.com | Attorneys for Plaintiff |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** My electronic service address is dconrad@callahan-law.com. I transmitted the foregoing document(s) by electronic mail to the party(ies) identified above by using the electronic mail as indicated. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2025, at Santa Ana, California.



Dawn Conrad

PROOF OF SERVICE